Curtis Blaze                    Cause #                    Court of

v.                                                          Criminal

State of Texas                                    RECEIVED in
                                                  COURT OF CRIMINAL APPEALS

Motion For Suspension of Rules          OCT 19 2015

                                        Abel Acosta, Clerk

To The Honorable Court,

Comes now, Curtis D. Blaze, Appellant Pro se under the protection of Haines V. Kerner 404 US 520 (1972) per liberal construction/application to pro se litigants and respectfully moves this court to exercise it's authority under Rule 2 Texas Rules of Appellate Procedure (TRAP) and suspend rules 9.3, 9.4 and 9.5 of the TRAP. In support of this motion, appellant would show the following.

FILED in
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

## I.

Appellant as a Texas inmates does not have access to a computer, printer, or copier to make required copies to send to all parties included and this makes adhering to the preceding rules impractical.

## Prayer

Appellant prays this court grants this motion and suspends the rules of the TRAP.

Respectfully submitted,

Curtis D. Blaze #1894543

Curtis Blaze 10-15-15          12071 FM 3522

                              Abilene Tx 79601